IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-505-RJC-DCK

| | |
|---|---|
| VERNON BOYTON, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| XEROX COMMERCIAL SOLUTIONS, LLC, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) filed by Crystal M. Trotter, concerning MaryJo L. Roberts on September 15, 2017. Ms. MaryJo L. Roberts seeks to appear as counsel *pro hac vice* for Defendants Xerox Corporation Services, LLC, Affiliated Computer Services, LLC, and Conduent Business Services, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 7) is **GRANTED.** MaryJo L. Roberts is hereby admitted *pro hac vice* to represent Defendants Xerox Corporation Services, LLC, Affiliated Computer Services, LLC, and Conduent Business Services, LLC.

**SO ORDERED**.

Signed: September 18, 2017

_____
David C. Keesler
United States Magistrate Judge