# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Vernon Boyton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00505-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Affiliated Computer Services, LLC | ) | |
| Xerox Commercial Solutions, LLC | | |
| Conduent Business Services, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2018 Order.

August 21, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court